IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| LAUREN A. LaROCCA, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
|     v. | )   CIVIL NO. 1:17CV112 |
| | ) |
| NATIONAL PARK SERVICE, | ) |
| | ) |
|     Defendant. | ) |

## STIPULATION FOR VOLUNTARY DISMISSAL

Plaintiff *pro se*, Lauren A. LaRocca and the United States of America, on behalf of its agency, the National Park Service ("NPS"), by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that this action is dismissed with prejudice, each party to bear its own costs, fees and expenses.

                    Respectfully submitted,

                    Jill Westmoreland Rose
                    United States Attorney

                    **/s/James M. Sullivan**
                    James M. Sullivan
                    Assistant United States Attorney
                    Attorney for Defendant


                    **/s/Lauren A. LaRocca**
                    Lauren A. LaRocca
                    Plaintiff, *pro se*

# CERTIFICATE OF SERVICE

I certify that on the 8th day of November, 2017, the foregoing Stipulation for Voluntary Dismissal was filed electronically in accordance with the local rules and was therefore served electronically on those entities that have properly registered for such electronic service including the *pro se* Plaintiff listed below

Lauren A. LaRocca
Why Worry Blvd.
Canton, NC  28716
[*Plaintiff, pro se*]

                                              **s/James M. Sullivan**
                                              Assistant United States Attorney